UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                      No. 20CR333-LTS

RICARDO RUIZ-SALINAS (5),

                Defendant.

-------------------------------------------------------------X

**ORDER**

      Lloyd Epstein, Esq., is relieved as CJA counsel for the defendant.  The defendant in the above-captioned matter is now represented by retained counsel, Messrs. S. Michael Musa-Obregon, Esq. and Peter Kapitonov, Esq.

      SO ORDERED.

Dated:  New York, New York
           August 12, 2020

                                                  /s/  Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge