UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

RICARDO RUIZ-SALINAS (5)

    Defendant.

------------------------------------------------------------x

No. 20 crim 333 (LTS)

## ORDER

    ORDERED that pursuant to sentence of time served imposed today, the defendant Ricardo Ruiz-Salinas is discharged from the custody of the U.S. Marshals Service.

    SO ORDERED.

Dated: New York, New York
       September 27, 2021

                                              LAURA TAYLOR SWAIN
                                              United States District Judge